**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**ANTHONY R. FORD**                                                             **PLAINTIFF**

v.                                                                                                                     **No. 2:08CV186-P-A**

**CLEVELAND POLICE DEPT.,
TERRY TROTTER**                                                        **DEFENDANTS**

**ORDER OF DISMISSAL**

This matter comes before the court on the *pro se* complaint of Anthony R. Ford, who challenges the actions of the defendants under 42 U.S.C. § 1983. In its order of February 12, 2009, the court directed Ford to show cause why this case should not be dismissed for failure to state a claim upon which relief could be granted. Ford has not responded to the court's order, and the deadline for response is long expired. As such, this case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted.

**SO ORDERED,** this the 15th day of December, 2009.

                                                             /s/ W. Allen Pepper, Jr.
                                                             W. ALLEN PEPPER, JR.
                                                             UNITED STATES DISTRICT JUDGE